

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert B Shields, Individually and on Behalf of All Others Similarly Situated | Civil Action No.  23cv00925-JLS-BLM |
| **Plaintiff,** | |
| V. | |
| Dollar Tree, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 the Court DISMISSES this action WITH PREJUDICE pursuant to Rule 41(b) based on Plaintiff's failure to comply with the Court's Order.

Date:     1/24/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Santiago
     A. Santiago, Deputy